**Debra Gay WEDDLE, Respondent,**

v.

**Muriel Wilbert WEDDLE, Appellant.**

**No. WD 59736.**

Missouri Court of Appeals, Western District.

Feb. 26, 2002.

Richard E. McFadin, Gallatin, MO, for Appellant.

Michele C. Puckett, Cameron, MO, for Respondent.

Before ULRICH, P.J., BRECKENRIDGE and HARDWICK, J.J.

## ORDER

PER CURIAM.

Muriel Weddle appeals the division of property following the dissolution of his marriage to Debra Weddle. For reasons stated in the Memorandum provided to the parties, we affirm the trial court's judgment. Rule 84.16(b).